# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  *Plaintiff*,<br><br>v.<br><br>CONTENTS OF UMB BANK ACCOUNT NUMBER ENDING IN 9123 HELD IN THE NAME OF CONNIE FITZJARRELL;<br><br>CONTENTS OF JP MORGAN CHASE ACCOUNT NUMBER ENDING IN 3689 HELD IN THE NAME OF WALLACE SALES LLC;<br><br>CONTENTS OF JP MORGAN CHASE ACCOUNT NUMBER ENDING IN 0861 HELD IN THE NAME OF CP HOMES AND PROPERTIES LLC;<br><br>CONTENTS OF HUNTINGTON BANK ACCOUNT NUMBER ENDING IN 6707 HELD IN THE NAME OF IN STYLE LLC;<br><br>CONTENTS OF COMERICA BANK ACCOUNT NUMBER ENDING IN 5816 HELD IN THE NAME OF CREATIVE FAMILY TRUST, ROBERT HARRY HALSEY TRUSTEE;<br><br>CONTENTS OF SUNFLOWER BANK ACCOUNT NUMBER ENDING IN 2583 HELD IN THE NAME OF CONNIE FITZJARRELL;<br><br>CONTENTS OF KANSAS STATE BANK ACCOUNT NUMBER ENDING IN 6270 HELD IN THE NAME OF CONNIE FITZJARRELL;<br><br>CONTENTS OF BANK OF AMERICA ACCOUNT NUMBER ENDING IN 4571 HELD IN THE NAME OF R&P RETREAT AIRBNB LLC; | No. |

1

| | |
|---|---|
| CONTENTS OF BANK OF AMERICA ACCOUNT NUMBER ENDING IN 4555 HELD IN THE NAME OF R&P RETREAT AIRBNB LLC.<br><br>   *Defendants*.<br><br>[CLAIMANTS: CONNIE FITZJARRELL; WALLACE SALES LLC; CP HOMES AND PROPERTIES LLC; IN STYLE LLC; CREATIVE FAMILY TRUST, ROBERT HARRY HALSEY TRUSTEE; R&P RETREAT AIRBNB LLC] | November 20, 2024 |

## VERIFIED COMPLAINT OF FORFEITURE

Now comes Plaintiff, United States of America, by and through its attorneys, Vanessa Roberts Avery, United States Attorney for the District of Connecticut, and David C. Nelson, Assistant United States Attorney, and respectfully states that:

1. This is a civil *in rem* action brought to enforce the provisions of 18 U.S.C. §§ 1343 and 1956.

2. This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 & 1355. Venue is appropriate in the District of Connecticut by virtue of 28 U.S.C. § 1395(b).

3. The Defendants are: Contents of UMB Bank Account Number Ending in 9123 held in the name of Connie Fitzjarrell; Contents of JP Morgan Chase Account Number Ending in 3689 held in the name of Wallace Sales LLC; Contents of JP Morgan Chase Account Number Ending in 0861 held in the name of CP Homes and Properties LLC; Contents of Huntington Bank Account Number Ending in 6707 held in the name of In Style LLC; Contents of Comerica Bank Account Number Ending in 5816 held in the name of Creative Family Trust, Robert Harry Halsey Trustee; Contents of Sunflower Bank

Account Number Ending in 2583 held in the name of Connie Fitzjarrell; Contents of Kansas State Bank Ending in 6270 held in the name of Connie Fitzjarrell; Contents of Bank of America Account Number Ending in 4571 held in the name of R&P Retreat Airbnb LLC; Contents of Bank of America Account Number Ending in 4555 held in the name of R&P Retreat Airbnb LLC. ("Defendant Assets").

4. The Defendant Assets are located within the jurisdiction of this Court.

**Background of Investigation**

5. On July 10, 2024, Homeland Security Investigations (HSI) and the Westport Police Department (WPD) began investigating a fraud in Westport, Connecticut.

6. According to the victim ("CC"), on or around May 21, 2024, CC received an email from email address from a general contractor with instructions for an Automatic Clearinghouse payment which was to be made to the general contractor. At the time, CC believed this to be a legitimate email from general contractor regarding a legitimate payment that CC was to make in connection with CC's business in Stamford, CT.

7. HSI learned that the email CC received that purported to be from the general contractor was a spoofed email address. This spoofed email address was very similar to the general contractor's legitimate email address.

8. A "Business Email Compromise" ("BEC") scheme is a type of scheme in which a fraudster obtains access to a business email account and imitates the true email account owner's identity. This is done to defraud a company, their employees, customers, or partners. This is often done with a "spoofed" email address which is one that imitates the true and correct email address but is operated by the fraudster.

9. The spoofed email instructed CC to direct payment to an Account number ending in 9123, with routing number 101000695, which is assigned to UMB Bank.

10. On or around May 23, 2024, CC made an ACH payment from CC's business Synovus Bank account to the UMB Bank account ending in 9123 for $335,049.35[1] United States Dollars (USD). On or around June 28, 2024, CC sent $4,630,184.14 USD from CC's OZK account to the UMB Bank account ending in 9123. Furthermore, on or around June 28, 2024, CC made another ACH payment from the same business Synovus Bank account to the UMB Bank account ending in 9123 for $496,932.51 USD. These transfers were made pursuant to the BEC scheme outlined above.

11. On July 10, 2024, CC realized the company had been defrauded. CC realized the vendor with the (correct) email address had not received the wire sent on June 28, 2024. CC went through his email and observed email correspondence with the spoofed email address. CC then contacted the Westport Police Department, who involved HSI.

12. CC's company lost a total of $5,462,166.00 USD as part of this BEC scheme.

13. The initial transfers from the victim's company, which took place in May and June are set forth below.

---

[1] All dollar amounts referenced herein should be considered to be approximate amounts unless specifically stated otherwise.



14. HSI investigated transfers from UMB Bank account ending in 9123 to other accounts.

15. Numerous transfers occurred in late June and early July from UMB Bank account ending in 9123.

16. On or around July 1, 2024, check #104 for $897,500.00 USD was written from UMB Bank account ending in 9123 and deposited into JP Morgan Chase account ending in 3689.

17. On or around July 1, 2024, check #110 for $350,200.00 USD and check #111 for $200,700.00 USD were written from UMB Bank account ending in 9123 and deposited into JP Morgan Chase account ending in 0861.

18. These transfers are set forth in the chart below.



19. On or around July 1, 2024, check #105 for $250,500.00 was written from UMB Bank account ending in 9123 and deposited into Huntington Bank account ending in 6707.

20. This transfer is set forth in the chart below.



21. On or around June 28, 2024, check #112 for $511,200.00 USD was written from UMB Bank account ending in 9123 and deposited into Comerica Bank account ending in 5790. From there, on July 3, 2024, it was transferred into Comerica Bank account number ending in 5816.

22. The chart below outlines these transfers.



23. On or around July 1, 2024, check #115 for $495,600.00 USD, was written from UMB Bank account ending in 9123 and deposited into Sunflower Bank account number ending in 2583.

24. This transfer is set forth in the chart below.



25. On or about July 1, 2024, check #114 for $492,800.00 USD, was written from UMB Bank account ending in 9123 and deposited into Kansas State Bank account number ending in 6270.

26. This transfer is set forth in the chart below.



27. On or about July 1, 2024, check #107 for $230,500.00 USD, was written from UMB Bank account ending in 9123, and deposited into Bank of America account number ending in 4571. At the same time, check #108 for $274,200.00 USD was written from

UMB Bank account ending in 9123 and deposited into Bank of America account number ending in 4555.

28. These transfers are set forth in the chart below.



29. Based on the tracing set forth above, the Government applied for seizure warrants for the defendant assets. The Honorable S. Dave Vatti approved the seizure warrants and the Government seized the nine accounts, which are the defendant assets.

30. As a result of these seizures, the Government has seized $3,507,191.86.

## CONCLUSION

31. Based on the above information, it is believed that the Contents of UMB Bank Account Number Ending in 9123 held in the name of Connie Fitzjarrell; Contents of JP Morgan Chase Account Number Ending in 3689 held in the name of Wallace Sales LLC; Contents of JP Morgan Chase Account Number Ending in 0861 held in the name of CP Homes and Properties LLC; Contents of Huntington Bank Account Number Ending in 6707 held in the name of In Style LLC; Contents of Comerica Bank Account Number Ending in 5816 held in the name of Creative Family Trust, Robert Harry Halsey Trustee; Contents of Sunflower Bank Account Number Ending in 2583 held in the name of Connie Fitzjarrell; Contents of Kansas State Bank Ending in 6270 held in the name of Connie Fitzjarrell; Contents of Bank of America Account Number Ending in 4571 held in the name of R&P Retreat Airbnb LLC; Contents of Bank of America Account Number

Ending in 4555 held in the name of R&P Retreat Airbnb LLC constitute the proceeds of wire fraud in violation of 18 U.S.C. § 1343 and are involved in money laundering in violation of 18 U.S.C. § 1956.

Wherefore, the United States of America prays that a Warrant of Arrest In Rem be issued for the Defendant Assets; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

The United States requests trial by jury.

                                VANESSA ROBERTS AVERY,
                                UNITED STATES ATTORNEY

                        By:     /S/ David C. Nelson
                                David C. Nelson (ct25640)
                                Assistant U.S. Attorney
                                157 Church Street, 24th Floor
                                New Haven, Connecticut 06510
                                Tel:    (203) 821-3700
                                Fax:    (203) 773-5373
                                David.C.Nelson@usdoj.gov

## **DECLARATION**

I am a Special Agent with the United States Homeland Security Investigations, and the individual assigned the responsibility for this case.

I have read the contents of the foregoing Verified Complaint of Forfeiture and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of November 2024.


    /s/ Geoffrey Goodwin
    GEOFFREY GOODWIN
    SPECIAL AGENT, HSI